IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KENDRICK STORY  
ADC #109934                                                                                    PLAINTIFF

v.                                         No. 2:17CV00204-JLH-JJV

J. ANDREWS, Warden,  
EARU, ADC; *et al.*                                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition (Document #7) submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. The Court adopts the Proposed Findings and Partial Recommended Disposition as the Court's findings in all respects.

IT IS, THEREFORE, ORDERED that plaintiff's claims against J. Andrews are dismissed without prejudice for failure to state a claim.

DATED this 7th day of February, 2018.

_____  
J. LEON HOLMES  
UNITED STATES DISTRICT JUDGE

1