IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| KENDRICK STORY<br>ADC #109934 | PLAINTIFF |
| v. No. 2:17CV00204-JLH-JJV | |
| J. ANDREWS, Warden,<br>EARU, ADC; *et al.* | DEFENDANTS |

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition (Document #26) submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that defendant's motion for summary judgment is DENIED. Document #17.

DATED this 7th day of February, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

1