# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

KENDRICK STORY, ADC #109934                                                            PLAINTIFF

v.                          No. 2:17CV00204-JLH-JJV

J. ANDREWS, Warden, EARU, ADC; *et al.*                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Clerk amend the docket to reflect the full name of defendant Tashor Kelly.

2. The motion for partial summary judgment (Doc. No. 33) is GRANTED IN PART and DENIED IN PART:

    A. The motion is granted to the extent that plaintiff's claims regarding held legal mail that were not raised in grievance EA-17-00645 are dismissed without prejudice for failure to exhaust administrative remedies.

    B. The motion is denied to the extent that plaintiff's exhausted claims are not limited to his legal mail being delayed from May 13, 2017, to May 15, 2017.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

DATED this 29th day of March, 2018.

                                                     _____
                                                   UNITED STATES DISTRICT JUDGE