IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KENDRICK STORY                                                                      PLAINTIFF
ADC #109934

v.                                     2:17CV00204-JLH

J. ANDREWS, Warden,
EARU, ADC; *et al.*                                                                DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Kelly's Motion for Summary Judgment (Doc. No. 45) is GRANTED.

2. Plaintiff's Motion for Summary Judgment (Doc. No. 50) is DENIED.

3. Plaintiff's claims against Defendant Kelly are DISMISSED WITH PREJUDICE.

4. Plaintiff's cause of action is DISMISSED.

5. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 31st day of August, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE