**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

KENDRICK STORY                                                                          PLAINTIFF
ADC #109934

v.                                          2:17CV00204-JLH

J. ANDREWS, Warden,
EARU, ADC; *et al.*                                                                   DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is DISMISSED without prejudice.   The Court certifies, pursuant

to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the

corresponding Order would not be taken in good faith.

DATED this 31st day of August, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE